MATILDA CANALE-PAROLA, Appellant, v. CITY OF NEW YORK et al., Respondents.—

Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.